IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


MARI S. SANDOVAL                                                    PLAINTIFF


        v.                          CIVIL NO. 05-5193


JO ANNE B. BARNHART, Commissioner
Social Security Administration                                     DEFENDANT

**O R D E R**

On this 31st day of January, 2007, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on December 8, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3,195.10, representing 20.92 hours of work at a rate of $150.00 and $57.10 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

        IT IS SO ORDERED.


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE


AO72A
(Rev. 8/82)